UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EZELL MOORE, | Case No.: 1:16-cv-01033 JLT (PC) |
| Plaintiff, | ORDER RE-CLASSIFYING THE MATTER AS A CIVIL ACTION |
| v. | |
| PHILLIP COOK, et al., | |
| Defendants. | |

In this action, Plaintiff contends he suffered a wrongful arrest by defendant Ruiz after defendant Cook harassed him. Though he was in the Kern County jail at the time of the filing of the action, this litigation does not concern the conditions of his confinement but, instead seems to challenge the lawfulness of his arrest.  Thus, this case should be classified as a civil action

Accordingly, the Court **ORDERS**: The Clerk of the Court is **DIRECTED** to reclassify this matter as a general civil action.

IT IS SO ORDERED.

Dated:   **February 22, 2017**              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE